IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID RANDALL POYNER #1392329, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION 15-0264-CG-B ) |
| WILLIE THOMAS, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and entered on February 23, 2016 (Doc. 14), is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 21st day of March, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE