IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID RANDALL POYNER #1392329, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION 15-0264-CG-B ) |
| WILLIE THOMAS, | ) ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2244(d).  Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 21st day of March, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE